# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORBIN RHINE,<br><br>    Defendant. | 8:24CR64<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the indictment;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the indictment.

_____     _4-22-24_____
Defendant                 Date

_____     _4-22-24_____
Attorney for Defendant           Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _23rd_ day of _____April_____, 2024.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT